# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT FINNEY, *et al.*                                                                      PLAINTIFFS

V.                             5:69CV00024 DPM/JTR

LARRY NORRIS, Director of the
Arkansas Department of Correction, *et al.*                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D. P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the

United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3. An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## I. Introduction

This case was initiated in 1969, and "proceeded as a class action on behalf of all inmates of the Arkansas Department of Correction for the purpose of challenging the constitutionality of the conditions of confinement at the various units of the Department." *See Finney v. Mabry*, 546 F. Supp. 628, 629 (E.D. Ark. 1982). In 1978, the parties entered into a Consent Decree "in which the

respondents agreed to meet certain minimum standards in the operation of the Department of Correction in accordance with a stipulated time schedule." *Id.* at 630.

On August 20, 1982, United States District Judge G. Thomas Eisele entered an Order concluding that "the respondents were in compliance with the Consent Decree, the Constitution, and all prior orders of the Court." *Id.* Judge Eisele dismissed the case, with prejudice. *Id.* at 643.

On August 16, 2013, Movant, James Edward Green, Jr., filed a *pro se* "Motion for Contempt of Court and Non-Compliance of Consent Decree."[1] (Docket entry #13). For the reasons discussed below, the Court recommends that the Motion be denied.

## II. Discussion

Movant, who is incarcerated in the Ouachita Unit of the ADC, alleges that he is in "isolation" in a "very small cell" with no ventilation system or air circulation. (Docket entry #13 at p.2). He requests that this case be reopened due to the ADC's "noncompliance of almost every provision" of the Consent Decree. *Id.*

Judge Eisele consistently rejected earlier requests to reopen this case, noting that "the Court has required inmates alleging violations of the *Finney* decree and

---

[1] Due to Judge Eisele's retirement, the Motion was assigned to United States District Judge D. P. Marshall Jr. and the undersigned United States Magistrate Judge.

3

the Constitution to bring individual lawsuits based upon allegations of individual harm." (Docket entry #11 at p.1).

Movant is "free to bring [an] individual lawsuit[] based upon allegations of individual harm."[2] *See id.* However, his conclusory allegations state no basis in law or fact for reopening this case.

### III. Conclusion

IT IS THEREFORE RECOMMENDED that Movant's "Motion for Contempt of Court and Non-Compliance of Consent Decree" (docket entry #13) be DENIED.

Dated this 23rd day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court notes that the Ouchita Unit is located in Hot Spring County. Thus, venue would properly lie in the Western District of Arkansas.