IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT FINNEY;
SEYMOUR J. ABDULLAH
#46395                                                                                          PLAINTIFFS

v.                                      No. 5:69-cv-24-DPM

A. L. LOCKHART                                                                                  DEFENDANT

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommendations, № 18. After reviewing *de novo* out of an abundance of caution, the Court adopts Judge Ray's recommended disposition. *Compare* FED. R. CIV. P. 72(b)(3). Green's motion for contempt and noncompliance, № 13, is denied. This case is closed — to Green and to any prisoner attempting to file papers in it. Green's motion to withdraw, № 24, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 September 2013